LOUIS SMYTH et al., as Administrators with the Will Annexed of the Estate of HUGH SMITH, Deceased, Appellants, *v.* JULIUS B. FOX, Respondent.

*Smyth* v. *Fox*, 133 App. Div. 894, affirmed.
(Argued February 10, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel specific performance of a contract to purchase real property.

*Lucius H. Beers* for appellants.

*Edward M. Shepard* and *William Mason Smith* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.